# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CRIMINAL NO. 09-152-P-H** |
| ) | |
| **MICHAEL PRESSEY,** ) | |
| ) | |
| **DEFENDANT** ) | |

## ORDER TO SEAL AND REDACT

After reviewing the file, I note that page 2 of the signed copy of the search warrant (Docket Item 45) includes the dates of birth and addresses of two individuals. Federal Rule of Criminal Procedure 49.1 requires that counsel redact personal identifier information from documents filed with the court. Accordingly, the Clerk's Office is **ORDERED** to **SEAL** the signed copy of the search warrant (Docket Item 45). The defendant's attorney is **ORDERED** to file on or before December 21, 2009, another copy of the document with the dates of birth and addresses redacted from page 2.

**SO ORDERED.**

**DATED THIS 17TH DAY OF DECEMBER, 2009**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**